UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In re:

DUANE STREET DESIGN STUDIO, LLC,

    Debtor.

------------------------------------X

JOSEPH MOSHKOVSKY,

    Appellant,

- against -

JIL MAZER-MARINO, CHAPTER 7 TRUSTEE OF
NILI LOTAN, INC., DUANE STREET DESIGN
STUDIO, LLC, AND NILI LOTAN,

    Appellees.

------------------------------------X

11 Civ. 00131 (SAS)

**STIPULATION
AND ORDER
EXTENDING TIME**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/11

  IT IS HEREBY STIPULATED AND AGREED that (a) the time for appellant Joseph Moshkovsky to file his brief is extended up to and including February 10, 2011; (b) the time for appellees Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc., Duane Street Design Studio, LLC and Nili Lotan to file opposition briefs is extended up to and including March 17, 2011; and (c) the time for appellant Joseph Moshkovsky to file a reply brief is extended up to and including April 7, 2011.

Dated: Garden City, New York
   January 18, 2011
MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.

By: _____
  Jil Mazer-Marino
  990 Stewart Avenue

Dated: New York, New York
   January 18, 2010
SULLIVAN & WORCESTER LLP

By: _____
  Andrew T. Solomon
  Kimberley R. Chapman

<div style="display: flex;">

Garden City, NY 11530
(516) 741-6565
*Attorneys for Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc.*

Dated: New York, New York
    January 18, 2011

FELDMAN & ASSOCIATES, PLLC

By: _____
    Edward S. Feldman
    33 East 33rd Street, Suite 802
    New York, NY 10016
    (212) 685-2277
*Attorneys for Nili Lotan*

</div>

1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000
*Attorneys for Joseph Moshkovsky*

Dated:  Harrison, New York
    January 18, 2010

RATTET, PASTERNAK & GORDON-OLIVER, LLP

By: _____
    Jonathan Pasternak
    Erica R. Feynman
    550 Mamaroneck Avenue
    Harrison, New York
    (212) 660-3000
*Attorneys for Duane Street Design Studio, LLC*

**SO ORDERED:**

_____
U. S. D. J.

1/20/11

2