UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE:

DUANE STREET DESIGN STUDIO, LLC,

NILI LOTAN, INC.,

               Debtors.
------------------------------------------------------X

ORDER

11 Civ. 00131 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Appellant Joseph Moshkovsy, a creditor of debtor Nili Lotan, Inc., appeals the November 19, 2010 Order of United States Bankruptcy Judge Robert E. Gerber. The following schedule will govern the briefing of the appeal in this Court.

         Appellant's Moving Brief due         February 14, 2011

         Appellees' Opposition Brief[1] due        March 7, 2011

         Appellant's Reply Brief due          March 21, 2011.

      Any requests for adjournment of the above briefing schedule must be made in writing and must be supported by good cause and the consent of the non-moving parties, if given.

---

[1]     The appellees are hereby directed to submit one joint memorandum of law in opposition to appellant's moving brief.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         January 24, 2011

## - Appearances -

## For Appellant:

**Andrew Todd Solomon, Esq.**
Sullivan & Worcester LLP(NY)
1290 Avenue of the Americas
29th Floor
New York, NY 10104
212.660.3023
Fax: 212.660.3001
Email: asolomon@sandw.com

## For Appellee(s):

**Jil Mazer-Marino, Esq.**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
(516) 741-6565
Fax: (516) 741-6706
Email: jmazermarino@msek.com

*Attorney for Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc.*

**James B. Glucksman, Esq.**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194

*Attorney for Duane Street Design Studio, LLC*

**Edward Steven Feldman, Esq.**
Feldman & Associates, P.L.L.C.
33 East 33rd Street
Suite 802
New York, NY 10016
(212) 685-2277 x15
Fax: (212) 725-2798
*Attorney for Nili Lotan*