UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re:

DUANE STREET DESIGN STUDIO, LLC,

          Debtor.

------------------------------------X

11 Civ. 00131 (SAS)

JOSEPH MOSHKOVSKY,

          Appellant,

STIPULATION
AND ORDER
EXTENDING TIME

- against -

JIL MAZER-MARINO, CHAPTER 7 TRUSTEE OF
NILI LOTAN, INC., DUANE STREET DESIGN
STUDIO, LLC, AND NILI LOTAN,

          Appellees.

------------------------------------X

IT IS HEREBY STIPULATED AND AGREED that (a) the time for appellant Joseph Moshkovsky to file his brief is extended up to and including March 4, 2011; (b) the time for appellees, Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc., Duane Street Design Studio, LLC and Nili Lotan to file an opposition brief[1] is extended up to and including March 25, 2011;



---

[1] The appellees are hereby directed to submit one joint memorandum of law in opposition to appellant's moving brief.

and (c) the time for appellant Joseph Moshkovsky to file a reply brief is extended up to and including April 8, 2011.

Dated: Garden City, New York
February 8, 2011

MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.

By:_____
Jil Mazer-Marino
990 Stewart Avenue
Garden City, NY 11530
(516) 741-6565
*Attorneys for Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc.*

Dated: New York, New York
February 8, 2011

FELDMAN & ASSOCIATES, PLLC

By:_____
Edward S. Feldman
33 East 33rd Street, Suite 802
New York, NY 10016
(212) 685-2277
*Attorneys for Nili Lotan*

Dated: New York, New York
February 8, 2010

SULLIVAN & WORCESTER LLP

By:_____
Andrew T. Solomon
Kimberley R. Chapman
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000
*Attorneys for Joseph Moshkovsky*

Dated: Harrison, New York
February 8, 2010

RATTET, PASTERNAK & GORDON-OLIVER, LLP

By:_____
Jonathan Pasternak
Erica R. Feynman
550 Mamaroneck Avenue
Harrison, New York
(212) 660-3000
*Attorneys for Duane Street Design Studio, LLC*

2

Dated: Garden City, New York
February 8, 2011

MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.

By:_____
Jil Mazer-Marino
990 Stewart Avenue
Garden City, NY 11530
(516) 741-6565
*Attorneys for Jil Mazer-Marino, Chapter 7
Trustee of Nili Lotan, Inc.*

Dated: New York, New York
February 8, 2011

FELDMAN & ASSOCIATES, PLLC

By:_____
Edward S. Feldman
33 East 33rd Street, Suite 802
New York, NY 10016
(212) 685-2277
*Attorneys for Nili Lotan*

Dated: New York, New York
February 8, 2010

SULLIVAN & WORCESTER LLP

By:_____
Andrew T. Solomon
Kimberley R. Chapman
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000
*Attorneys for Joseph Moshkovsky*

Dated: Harrison, New York
February 8, 2010

RATTET, PASTERNAK & GORDON-
OLIVER, LLP

By:_____
Jonathan Pasternak
Erica R. Feynman
550 Mamaroneck Avenue
Harrison, New York
(212) 660-3000
*Attorneys for Duane Street Design Studio, LLC.*

SO ORDERED

_____
U. S. D. J.
2/9/11