Scheindlin, J

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
In re:

DUANE STREET DESIGN STUDIO, LLC,

        Debtor.

---------------------------------------X    11 Civ. 00131 (SAS)

JOSEPH MOSHKOVSKY,

        Appellant,

  - against -

JIL MAZER-MARINO, CHAPTER 7 TRUSTEE OF
NILI LOTAN, INC., DUANE STREET DESIGN
STUDIO, LLC, AND NILI LOTAN,

        Appellees.

---------------------------------------X

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED that (a) the time for appellant Joseph Moshkovsky to file his brief is extended up to and including March 25, 2011; (b) the time for appellees, Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc., Duane Street Design Studio, LLC and Nili Lotan to file an opposition brief[1] is extended up to and including April 15, 2011;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/11

---

[1] The appellees are hereby directed to submit one joint memorandum of law in opposition to appellant's moving brief.

and (c) the time for appellant Joseph Moshkovsky to file a reply brief is extended up to and including April 29, 2011. *No further extensions will be granted,*

Dated: Garden City, New York
       March 2, 2011
MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.

By: _____
    Jil Mazer-Marino
    990 Stewart Avenue
    Garden City, NY 11530
    (516) 741-6565
*Attorneys for Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc.*

Dated: New York, New York
       March 2, 2011
FELDMAN & ASSOCIATES, PLLC

By: _____
    Edward S. Feldman
    33 East 33rd Street, Suite 802
    New York, NY 10016
    (212) 685-2277
*Attorneys for Nili Lotan*

Dated: New York, New York
       March 2, 2011
SULLIVAN & WORCESTER LLP

By: _____
    Andrew T. Solomon
    Kimberley R. Chapman
    1290 Avenue of the Americas, 29th Floor
    New York, New York 10104
    (212) 660-3000
*Attorneys for Joseph Moshkovsky*

Dated: Harrison, New York
       March 2, 2011
RATTET, PASTERNAK & GORDON-OLIVER, LLP

By: _____
    Jonathan Pasternak
    Erica R. Feynman
    550 Mamaroneck Avenue
    Harrison, New York
    (212) 660-3000
*Attorneys for Duane Street Design Studio, LLC*

SO ORDERED:

_____
U.S.D.J.

3/4/11

2

and (c) the time for appellant Joseph Moshkovsky to file a reply brief is extended up to and including April 29, 2011.

Dated: Garden City, New York
March 2, 2011
MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.

By:_____
  Jil Mazer-Marino
  990 Stewart Avenue
  Garden City, NY 11530
  (516) 741-6565
*Attorneys for Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc.*

Dated: New York, New York
March 2, 2011
SULLIVAN & WORCESTER LLP

By:_____
  Andrew T. Solomon
  Kimberley R. Chapman
  1290 Avenue of the Americas, 29th Floor
  New York, New York 10104
  (212) 660-3000
*Attorneys for Joseph Moshkovsky*

Dated: New York, New York
March 2, 2011
FELDMAN & ASSOCIATES, PLLC

By:_____
  Edward S. Feldman
  33 East 33rd Street, Suite 802
  New York, NY 10016
  (212) 685-2277
*Attorneys for Nili Lotan*

Dated: Harrison, New York
March 2, 2011
RATTET, PASTERNAK & GORDON-OLIVER, LLP

By:_____
  Jonathan Pasternak
  Erica R. Feynman
  550 Mamaroneck Avenue
  Harrison, New York
  (212) 660-3000
*Attorneys for Duane Street Design Studio, LLC*

SO ORDERED:

_____
U.S.D.J.

3/4/11