

Sullivan & Worcester LLP  
1290 Avenue of the Americas  
New York, NY 10104

T 212 660 3000  
F 212 660 3001  
www.sandw.com

March 24, 2011

Hon. Shira A. Scheindlin  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
Courtroom 15C  
500 Pearl Street  
New York, NY 10007-1312



DATE FILED: 3/28/11

Re:   In Duane Street Design Studio, LLC, Case Number 11 Civ. 00131 (SAS)

Dear Judge Scheindlin:

We represent the appellant, Joseph Moskhkovsky, in the referenced matter. We are pleased to report that Moshkovsky has reached a settlement with the Chapter 7 Trustee for the estate of Nili Lotan, Inc. Under the terms of the settlement, Moshkovsky will abandon his appeal in the referenced action, now pending before this Court. Under the provisions of the Bankruptcy Code § 9019, the settlement is contingent on the bankruptcy court's approval.

We recognize that the Court indicated that the last extension granted to perfect the appeal was to be "final," but we have no choice but to ask for a further extension pending the approval of the settlement by the bankruptcy court. There have been several prior extensions, but not without good results, as this settlement will eliminate not only the appeal in this Court, but also a number of difficult and contentious issues below. The trustee advises that the 9019 proceeding should be resolved within approximately 10 weeks, subject to the bankruptcy court's availability. We, therefore, respectfully ask for another extension of the deadline for Moshkovsky to file his brief to June 17, 2011; for appellees to file an opposition brief to July 8, 2011; and for Moshkovsky to file a reply brief to July 22, 2011.

Please contact me at the number below or Andrew Solomon at 212 660 3023 if you have any questions or concerns regarding the above.

Respectfully yours,

Kimberley R. Chapman

Direct line: 212 660 3051  
kchapman@sandw.com

*Request denied*

*So Ordered:*  
*[signature]*  
*USDJ*  
*3/25/11*

BOSTON   NEW YORK   WASHINGTON, DC

Jil Mazer-Marino
Page 2
March 24, 2011

cc:  Jil Mazer-Marino (by email)
     Edward S. Feldman (by email)
     Jonathan Pasternak (by email)