Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:

DUANE STREET DESIGN STUDIO, LLC,

        Debtor.

------------------------------------------------------X

JOSEPH MOSHKOVSKY,

        Appellant,

- against -

JIL MAZER-MARINO, CHAPTER 7 TRUSTEE OF
NILI LOTAN, INC., DUANE STREET DESIGN
STUDIO, LLC, AND NILI LOTAN,

        Appellees.

------------------------------------------------------X

11 Civ. 00131 (SAS)

**STIPULATION
OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/11

    WHEREAS, Joseph Moshkovsky filed the this appeal from an order of the United States Bankruptcy Court for the Southern District of New York (Gerber, J.), dated December 3, 2011, which granted the motion of the Trustee of debtors Nili Lotan, Inc. (Chapter 7 Case No. 10-10042) and Duane Street Design Studios Inc. (Chapter 11 Case No. 09-10044) for approval of a settlement agreement between the between the Trustee and Nili Lotan, Nili Lotan Design Studio, LLC, Nili Lotan Retail, LLC and Duane Street Design Studio, LLC;

    WHEREAS, the Trustee and Joseph Moshkovsky have entered into a written agreement settling the matters at issue in this appeal (the "Settlement Agreement");

    WHEREAS, the Bankruptcy Court (Gerber, J.) approved and so-ordered the Settlement Agreement on June 2, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed. R. Civ. P. 41 this appeal is dismissed with prejudice and without costs to any party.

Dated: Garden City, New York
June 14, 2011
MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.

By: _____
Jil Mazer-Marino
990 Stewart Avenue
Garden City, NY 11530
(516) 741-6565
*Attorneys for Jil Mazer-Marino, Chapter 7 Trustee of Nili Lotan, Inc.*

Dated: New York, New York
June 14, 2011
SULLIVAN & WORCESTER LLP

By: _____
Andrew T. Solomon
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000
*Attorneys for Joseph Moshkovsky*

Dated: New York, New York
June 14, 2011
FELDMAN & ASSOCIATES, PLLC

By: _____
Edward S. Feldman
33 East 33rd Street, Suite 802
New York, NY 10016
(212) 685-2277
*Attorneys for Nili Lotan*

Dated: Harrison, New York
June 14, 2011
RATTET, PASTERNAK & GORDON-OLIVER LLP

By: _____
Jonathan Pasternak
Eric R. Feynman
550 Mamaroneck Avenue
Harrison, New York
(212) 660-3000
*Attorneys for Duane Street Design Studio, LLC*

SO ORDERED:

_____
U.S.D.J.

6/21/11

2